UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KEVIN ALLRED,

                                              **AFFIDAVIT OF SERVICE**

                    Plaintiff,          Index No. 19-CV-1480 (FB)(RER)

-v-

THE CITY OF NEW YORK, et al.,

                    Defendants.

---

    I, Donald Pooler, do hereby state and affirm under penalties of perjury that the following is true and correct:

1. I am over 18 years of age and am not a party to this action.

2. On March 20, 2019 at approximately 11:34 am at The City of New York Law Department, 100 Church Street New York, NY 10007, I served the following documents upon defendant CITY OF NEW YORK by delivering and leaving a true copy of the documents with a person of suitable age and discretion *to wit*, Betty Mazyck, Service Window Clerk:

    a. Summons,

    b. Complaint and Demand for a Jury Trial,

    c. Civil Cover Sheet,

    d. Notice of Rule 73,

    e. Individual Rules and Practices of Judge Frederic Brock,

    f. Individual Rules and Practices of Magistrate Judge Ramon E. Reyes.

3. Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

Sex: Female    Race: Black    Hair: Black

Approximate Age: 62    Approx. Height: 5'7"    Approx Weight: 190

Dated:    New York, New York
         March 20, 2019

By: _____
    Donald Pooler

Sworn to before me this
20 day of March, 2019

_____
Notary Public

ABIGAIL L ROBINSON
Notary Public, State of New York
No. 01RO6322217
Qualified in Queens County
Commission Expires 03/30/2023