UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KEVIN ALLRED,

                                             Plaintiff,

                    -v-

THE CITY OF NEW YORK, New York City Police
Department Officer ("P.O.") CHRISTOPHER LEVINE,
P.O. PHILIP KARA, and Sergeant NOVAIDUL
NEON, in their individual capacities,

                                            Defendants.
------------------------------------------------------------------x

**JUDGMENT PURSUANT TO RULE 68**

Index No. 19 Civ. 1480

       **WHEREAS,** plaintiff Kevin Allred commenced this action by filing a complaint on or about March 14, 2019, alleging that various defendants violated plaintiff Kevin Allred's civil rights; and

       **WHEREAS**, on June 12, 2019, defendant The City of New York served on plaintiff Kevin Allred a Rule 68 Offer of Judgment pursuant to the Federal Rules of Civil Procedure Rule to resolve all claims; and

       **WHEREAS**, on June 25, 2019, plaintiff Kevin Allred accepted defendant The City of New York's Rule 68 Offer of Judgment; therefore

       **IT IS HEREBY ORDERED THAT**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment against defendant The City of New York be entered in favor of plaintiff Kevin Allred in this action for the sum of One Thousand and One Dollars ($10,001.00), plus reasonable attorneys' fees, expenses and costs to June 12, 2019; and

       **IT IS FURTHER ORDERED THAT,** this judgment shall be in full satisfaction of all federal and state law claims or rights plaintiff Kevin Allred may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants The City of New York;

New York City Police Officer (P.O.) CHRISTOPHER LEVINE, P.O. PHILIP KARA, and Sergeant NOVAIDUL NEON; or any official, employee, or agent, either past or present, of The City of New York or any agency thereof, in connection with the facts and circumstances that are the subject of Mr. Allred's claims in this action; and

**IT IS FURTHER ORDERED THAT,** this judgment shall act to release and discharge defendants The City of New York; New York City Police Officer (P.O.) CHRISTOPHER LEVINE, P.O. PHILIP KARA, and Sergeant NOVAIDUL NEON, and all past and present officials, employees, representatives and agents of The City of New York or any agency thereof, from any and all claims that were or could have been alleged by plaintiff Kevin Allred in this action; and

**IT IS FURTHER ORDERED THAT,** there shall be no interest on the amount of the judgment.

_____
Frederic Block, U.S.D.C.J.