

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **HANNAH V. FADDIS**<br>Senior Counsel<br>Phone: (212) 356-2486<br>Fax: (212) 356-3509<br>hfaddis@law.nyc.gov |

October 16, 2019

**VIA E.C.F.**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    <u>Kevin Allred v. City of New York et al.</u>, 19-CV-01480 (FB) (RER)

Your Honor:

       I am the attorney assigned to represent the defendants in this case. Defendants write in compliance with the Court's Order dated September 16, 2019 (ECF No. 22) to inform the Court that the parties have reached a settlement with regard to plaintiff's anticipated application for fees, costs, and expenses in this action. Plaintiff's counsel consents to the filing of this letter.

       Defendants thank the Court for its time and attention to this matter.

                                                            Respectfully submitted,

                                                           /s/
                                                          Hannah V. Faddis
                                                          *Senior Counsel*
                                                          Special Federal Litigation Division

cc:      All Counsel of Record (via ECF)